1  GLYNN & FINLEY, LLP
   JAMES M. HANLON, JR., Bar No. 214096
2  LAUREN E. WOOD, Bar No. 280096
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  General Electric Company

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SAN JOSE FRUIT BARS, INC. and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiffs,<br><br>      vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>            Defendant. | Case No. 5:13-cv-00138-PSG<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED; STIPULATION; and [PROPOSED] ORDER** |

Pursuant to Northern District of California Local Rules 3-12 and 7-11 and the stipulation filed currently herewith, the parties hereby jointly move the Court to consider whether this action is related to and should be consolidated with two other actions recently removed to the Northern District of California. Those two actions are *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG, and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG. These cases were consolidated in state court with plaintiffs' action herein, prior to the removal of each of these actions to this Court. All of these actions arise from an October 8, 2011 fire at a commercial building located in San Jose. Each plaintiff has sued General Electric Company ("GE"), alleging that a GE product caused the October 8, 2011 fire.

///

1   All three actions are currently pending before the Honorable Paul S. Grewal,
2   United States Magistrate Judge.  Further consolidation of these three actions for discovery, pre-
3   trial procedure, and trial will avoid unduly burdensome duplication of labor and expenses and
4   potentially conflicting results if the cases were to proceed separately.
5   The parties in this action have obtained consent to consolidate these actions from
6   plaintiffs' counsel in *Transportation Insurance Company v. General Electric Company* and
7   *Golden Eagle Insurance v. General Electric Company*.

Respectfully submitted,

Dated:  February 28, 2013

GLYNN & FINLEY, LLP
JAMES M. HANLON JR.
LAUREN E. WOOD

           /s/ Lauren E. Wood
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated:  February 28, 2013

GIBSON ROBB & LINDH LLP
JOSHUA E. KIRSCH

           /s/ Joshua E. Kirsch
Attorneys for Plaintiffs
SAN JOSE FRUIT BARS, INC. and
EMPLOYERS MUTUAL CASUALTY
COMPANY

1  **STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION**
2  **TO CONSIDER WHETHER CASES ARE RELATED**

3  WHEREAS, the following actions pending before the Hon. Paul S. Grewal
4  concern substantially the same parties, occurrence, or event:

5  - *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v.*
6    *General Electric Company*, No. 5:13-cv-00138-PSG
7  - *Transportation Insurance Company v. General Electric Company*, No. 5:13-
8    cv-00691-PSG
9  - *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-
10    PSG

11  WHEREAS, consolidation of these actions for discovery, pre-trial procedure, and
12  trial will avoid unduly burdensome duplication of labor and expenses and potentially conflicting
13  results if the cases were to proceed separately,

14  Therefore, the undersigned parties, by and through their counsel stipulate as follows:

15  (1) The actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v.*
16      *General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance*
17      *Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle*
18      *Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG are related cases as
19      defined by Northern District of California Local Rule 3-12(a);

20  (2) The actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v.*
21      *General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance*
22      *Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle*
23      *Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG shall be
24      consolidated for all proceedings leading up to and through trial;

25  (3) The first filed action *San Jose Fruit Bars, Inc. and Employers Mutual Casualty*
26      *Company v. General Electric Company*, No. 5:13-cv-00138-PSG shall be designated
27      as the lead case in the consolidated action.

28  / / /

- 3 -
JOINT ADMIN. MTN RE: RELATED CASES; STIP.; AND [~~PROPOSED~~] ORDER

1     SO STIPULATED:

2     Dated:  February 28, 2013      GLYNN & FINLEY, LLP
JAMES M. HANLON JR.
3      LAUREN E. WOOD

4      _____/s/_ Lauren E. Wood_____
Attorneys for Defendant
5      GENERAL ELECTRIC COMPANY in Case Nos. 5:13-cv-00138-PSG, -00691-PSG, and -00692-PSG

6

7

8     Dated:  February 28, 2013

9      GIBSON ROBB & LINDH LLP
JOSHUA E. KIRSCH

10

11      _____/s/ Joshua E. Kirsch_____
Attorneys for Plaintiffs
12      SAN JOSE FRUIT BARS, INC. and EMPLOYERS MUTUAL CASUALTY COMPANY in Case No. 5:13-cv-00138-PSG

13

14

15     Dated:  February 28, 2013

16      LAW OFFICES OF KATCHIS, HARRIS & YEMPUKU
ROBERT B. JAVAN

17

18      _____/s/ Robert B. Javan_____
Attorneys for Plaintiff
19      GOLDEN EAGLE INSURANCE in Case No. 5:13-cv-00692-PSG

20

21     Dated:  February 28, 2013

22      LAW OFFICES OF JEFFREY F. PACCASSI
RICHARD A. LEVINE

23

24      _____/s/ Richard A. Levine_____
Attorneys for Plaintiff
25      TRANSPORTATION INSURANCE COMPANY in Case No. 5:13-cv-00691-PSG

26

27     Lauren E. Wood attests that concurrence in the filing of this document has been

28 obtained from each of the other signatories identified herein.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, it is hereby ordered that the actions *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG; *Transportation Insurance Company v. General Electric Company*, No. 5:13-cv-00691-PSG; and *Golden Eagle Insurance v. General Electric Company*, No. 5:13-cv-00692-PSG are related cases as defined by Northern District of California Local Rule 3-12(a) and are hereby consolidated for all proceedings leading up to and through trial.

The first filed action *San Jose Fruit Bars, Inc. and Employers Mutual Casualty Company v. General Electric Company*, No. 5:13-cv-00138-PSG shall be designated as the lead case in the consolidated action.

IT IS SO ORDERED.

Dated: March 5, 2013

Hon. Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE